MARY WHALEN and ELLEN WHALEN, as Administratrices, etc., of PETER QUIRK, Deceased, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. Rule 36 of the General Rules of Practice is, by its express terms, applicable only after an issue of fact has been joined. Section 480 of the Code of Civil Procedure states the proper remedy. It is within the legitimate discretion of the Special Term to deny, upon the terms prescribed in the order, a motion made under that section. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

ROSE WOLCHIECK, as Administratrix, etc., of THOMAS WOLCHIECK, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent. — Judgment of dismissal unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.